IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. G-96-11 (01) |
| | § | CIVIL ACTION NO. G-05-287 |
| LUIS GUILLERMO ROMERO | § | |

### FINAL JUDGMENT

Pursuant to this Court's Opinion and Order of even date herewith, the Motion (Instrument no. 502) of Luis Guillermo Romero, brought pursuant to 28 U.S.C. § 2255, is **DISMISSED as time-barred**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 17th day of June, 2005.

_____
Samuel B. Kent
United States District Judge